August 16, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

### KATHY BACY AND AKILAH BACY, Appellants

NO. 14-15-00973-CV                  V.

### NATIONAL COLLIEGATE TRUST, AS OF NATIONAL COLLIEGATE TRUST, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 26, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Kathy Bacy and Akilah Bacy.

We further order this decision certified below for observance.